

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Julio Arquimedes Molina Flores

**Plaintiff,**

V.

see attached

**Defendant.**

Civil Action No.   26-cv-02392-LL-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is Granted. Respondents shall immediately release Petitioner from custody subject only to the conditions of his preexisting release.

**Date:**        5/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-02392-LL-JLB

Christopher J. Larose, Warden, Otay Mesa Detention Center; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Markwayne Mullin, Acting U.S. Secretary of Homeland Security; Todd Blanche, Acting U.S. Attorney General